

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 9/13/15
BY Dm

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | | |
|---|---|---|
| BRODERICK HOWARD | : | CIVIL ACTION 5:11-cv-1365 |
| LA DOC # 304599 | | SECTION P |
| | | |
| VERSUS | : | JUDGE DONALD E. WALTER |
| | | |
| BURL CAIN | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge

previously filed herein, [Doc. #22] and having thoroughly reviewed the record, including the written

objections filed, [Doc. #23], and concurring with the findings of the Magistrate Judge under the

applicable law:

**IT IS ORDERED** that petitioner's application for a writ of habeas corpus pursuant to 28

U.S.C. § 2254 [Doc. #1] is **DENIED and DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, this _8_ day of

_Sept_, 2015.


                                            _____
                                            DONALD E. WALTER
                                            UNITED STATES DISTRICT JUDGE

1